# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 95-10502

FRANK VALADEZ and EMMA REYNA,

Plaintiffs,

versus

CASTRO COUNTY, TEXAS,

Defendant.

JOE CRESPIN,

Plaintiff-Appellant,

versus

CASTRO COUNTY, TEXAS, a Texas political
subdivision, ET AL.;

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Texas
(2:92-CV-202 & 2:92-CV-168)

March 7, 1996

Before POLITZ, Chief Judge, GOODWIN* and DUHÉ, Circuit Judges.

PER CURIAM:**

---

\* Circuit Judge of the Ninth Circuit, sitting by designation.

\** Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

This matter is before the court on plaintiffs' appeal of the award of attorneys' fees in litigation involving Castro County, Texas, and its failure of compliance with the Voting Rights Act of 1965, 42 U.S.C. § 1973. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding neither error nor abuse of discretion, the judgment appealed is AFFIRMED.